# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

MARQUES TAVRON                                                                          PLAINTIFF
ADC #137415

V.                              No. 2:23-CV-55-KGB-JTR

MOSES JACKSON, Supervisor,
Head Warden, East Arkansas Regional Unit, *et al.*                          DEFENDANTS

## ORDER

For good cause shown, Defendants' Motion to Stay Discovery (*Doc. 30*) is GRANTED. The Court will issue a Recommendation on Defendants' Motion to Dismiss (*Doc. 12*) and address all other pending motions in due course.

SO ORDERED, this 22nd day of August, 2023.

_____
UNITED STATES MAGISTRATE JUDGE