**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**MARQUES TAVRON** **PLAINTIFF**
**ADC #137415**

**v.** **Case No. 2:23-cv-00055-KGB-BBM**

**MOSES JACKSON, Supervisor,**
**Head Warden, East Arkansas Regional**
**Unit, *et al.*** **DEFENDANTS**

# ORDER

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Benecia B. Moore (Dkt. No. 123). No party has filed objections to the Recommendation, and the time for filing objections has passed. After careful consideration of the Recommendation and the record in this case, the Court adopts the Recommendation as this Court's findings of fact and conclusions of law in all respects (*Id.*).

Therefore, for the reasons set out in the Recommendation, and in prior recommendations and Orders of this Court (Dkt. Nos. 43; 58; 109), the Court rules as follows. The Court denies Arkansas Department of Corrections Lieutenant Doyle and Captain Swiney's (collectively "ADC Defendants") motion to strike Lamar's declaration (Dkt. No. 121). The Court grants ADC Defendants Doyle and Swiney's supplemental motion for summary judgment (Dkt. No. 116), and the Court denies without prejudice plaintiff Marques Tavron's official-capacity claims for injunctive relief. The Court denies Tavron's motion for summary judgment (Dkt. No. 67). The Court also grants judgment in favor of ADC Defendants Doyle and Swiney in their individual capacities and dismisses with prejudice Tavron's claims against ADC Defendants Doyle and Swiney in their individual capacities (Dkt. No. 109). The Court dismisses without prejudice all remaining claims. The requested relief is denied.

It is so ordered this 21st day of September, 2026.

Kristine G. Baker
Chief United States District Judge